IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-CR-131

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ROBERT WEST, II, | ) | ORDER |
|         Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
| | ) | |
|         Garnishee. | ) | |

This matter is before the Court *sua sponte*.

The Answer of the Garnishee (Doc. 91), the Government's Response (Doc. 92), and the Government's Motion for Order of Continuing Garnishment (Doc. 93) require the consideration of objections that the Eastern Band of Cherokee Indians has raised to the writ of garnishment in this matter.

Consequently, the undersigned wishes to advise the parties, and particularly Defendant and the Government, that while engaged in the private practice of law and prior to beginning judicial service, he represented the Eastern Band of Cherokee Indians in various matters.

Should there be any objection to the undersigned considering and ruling upon the issues raised by the parties' recent submissions, or otherwise

participating in this matter, such objections are to be filed on or before **June 27, 2022**. If no objections are filed within that timeframe, the undersigned will proceed with consideration of the Government's Motion (Doc. 93).

Signed: June 13, 2022

W. Carleton Metcalf
United States Magistrate Judge