IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 131

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES ROBERT WEST, II, | ) |
| | ) |
| and | ) |
| | ) |
| EASTERN BAND OF CHEROKEE INDIANS, | ) |
| | ) |
| Garnishee. | ) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 97) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 95) against Defendant James Robert West, II is **DISMISSED**.

Signed: July 14, 2022

W. Carleton Metcalf
United States Magistrate Judge